IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLIFFORD PIPES, III**  **PLAINTIFF**
ADC #144242

v.  Case No. 4:20-cv-01324-KGB

**SHELBY POYEN, Nurse,**
ADC Medical/Dental Services, Diagnostic Unit  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5).  Plaintiff Clifford Pipes, III has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id*.).  The Court dismisses without prejudice Mr. Pipes's amended complaint for failing to state a claim upon which relief may be granted (Dkt. No. 4).  Dismissal of this case counts as a "strike," and the Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.  28 U.S.C. § 1915(a)(3) and (g).

So ordered this 7th day of February, 2022.

_____
Kristine G. Baker
United States District Judge