# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CLIFFORD PIPES, III**  **PLAINTIFF**
**ADC #144242**

v.  Case No. 4:20-cv-01324-KGB

**SHELBY POYEN, Nurse,**
**ADC Medical/Dental Services, Diagnostic Unit**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Clifford Pipes, III's amended complaint is dismissed without prejudice (Dkt. No. 4). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 7th day of February, 2022.

Kristine G. Baker
United States District Judge